IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MANUEL CHAVEZ,

        Plaintiff,

v.                                                                                CV No. 20-210 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING SECOND UNOPPOSED MOTION TO EXTEND TIME TO FILE ADMINISTRATIVE RECORD

**THIS MATTER** is before the Court on Defendant Commissioner Andrew Saul's *Second Unopposed Motion for Extension of Time to File the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint* (the "Motion"), (Doc. 12), filed June 11, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall have until August 10, 2020, to file the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint. If the electronic certified administrative record is not prepared by August 10, 2020, the Commissioner will file a status report with the Court as to when he expects the administrative record to be completed.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE